IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RENE RODRIGUEZ** | § | |
|    **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:17-cv-00129** |
| | § | **JURY DEMANDED** |
| **STARSTONE NATIONAL** | § | |
| **INSURANCE COMPANY** | § | |
|    **Defendant** | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

     Plaintiff and Defendant Starstone National Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Rene Rodriguez, Defendant is Starstone National Insurance Company.

2. On February 27, 2017, Plaintiff sued Defendant in the 370th Judicial District, Hidalgo County, Texas, Cause No. C-0898-17-G. On April 3, 2017, Starstone National Insurance Company filed its Original Answer. On April 12, 2017, Starstone National Insurance Company filed its Notice of Removal.

3. On or about July 7, 2017, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiff now moves to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

By:    */s/ Mikell A. West*
Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
Attorney-in-charge
mwest@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEY FOR STARSTONE**
**NATIONAL INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas, 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

John R. Lamont
State Bar No. 24099876
Southern Dist. No. 3028487
jlamont@gnqlawyers.com

                                                             By:   */s/Marc K. Whyte* \*
                                                              Marc K. Whyte
                                                              State Bar No. 24056526
                                                              1045 Cheever Blvd., Suite 103
                                                              San Antonio, Texas 78217
                                                              Telephone:  (210) 562-2888
                                                              Telecopier:  (210) 562-2873
                                                              mwhyte@whytepllc.com

                                                              **COUNSEL FOR PLAINTIFF,**
                                                              **RENE RODRIGUEZ**
                                                              *\*Signed with permission*

## CERTIFICATE OF SERVICE

     I certify that on August 22, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Rene Rodriguez, via electronic filing or regular mail:

Marc K. Whyte
Whyte PLLC
Email: mwhyte@whytepllc.com


**VIA E-FILING**

                                                               /s/Thomas F. Nye
                                                              Thomas F. Nye